UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| ERIN ALDRICH, LONDA BEVINS, JESSICA JOHNSON, and BEATA CORCORAN, individually and on behalf of all others similarly situated, | ) ) ) ) No. 1:20-cv-02310-JRS-MPB ) |
| Plaintiffs, | ) ) |
| v. | ) PLAINTIFFS' STATEMENT OF POSITION ) |
| NATIONAL COLLEGIATE ATHLETIC ASSOCIATION, THE BOARD OF GOVERNERS OF THE NATIONAL COLLEGIATE ATHLETIC ASSOCIATION, and JOHN REMBAO, | ) ) ) ) ) ) |
| Defendants. | ) |

**PLAINTIFFS' STATEMENT OF POSITION**

Pursuant to Local Rule 16-2 of the United States District Court for the Southern District of Indiana, Plaintiffs submit this Statement of Position as to the above-referenced action.

On March 11, 2020, Plaintiffs filed a class action Complaint for damages and injunctive relief in the United States District Court for the Northern District of California against, *inter alia*, Defendants National Collegiate Athletic Association and the Board of Governors of the National Collegiate Athletic Association, for claims arising from the NCAA's failure to protect student-athletes from sexual abuse and harassment by predatory coaches. *See.* 5:20-cv-01733-EJD (N.D. Cal.). They also brought claims against Defendant John Rembao for sexually abusing the three Plaintiffs for years while they were student-athletes, and sought to hold the NCAA responsible for Rembao's misconduct under the doctrine of *respondeat superior*. *Id.* Plaintiffs amended their Complaint on July 13, 2020, to add another plaintiff, a current NCAA student-athlete. Doc. 54.

On July 27, 2020, Defendants NCAA and the Board of Governors filed a motion to dismiss, seeking, *inter alia*, to dismiss this case for lack of personal jurisdiction or, in the alternative, transfer it to

the Southern District of Indiana.  Doc. 57.  On September 8, 2020, the Honorable Edward J. Davila transferred all claims against the NCAA and its Board to this Court.[1]  Docs. 72, 76.

Plaintiffs and Defendants have conferred and agree to the following schedule for Plaintiffs to file an amended complaint, and a motion to dismiss/strike briefing schedule:

**October 6, 2020:**  Plaintiffs file Amended Complaint.

**November 6, 2020:**  Defendants' Motion to Dismiss/Strike Due.

**December 4, 2020:**  Plaintiffs' Opposition to Defendants' Motion to Dismiss/Strike Due.

**December 18, 2020:**  Defendants' Reply in Support of Motion to Dismiss/Strike Due.

Dated: September 29, 2020                     Respectfully submitted,

/s/ Elizabeth A. Fegan
ELIZABETH A. FEGAN (admitted pro hac vice)
beth@feganscott.com
FEGAN SCOTT, LLC
150 S. Wacker Dr., 24th Floor
Chicago, IL 60606
Telephone: (312) 741-1019
Facsimile: (312) 264-0100

/s/ Jonathan D. Selbin
JONATHAN D. SELBIN (pro hac vice motion pending)
jdselbin@lchb.com
LIEFF CABRASER HEIMANN & BERNSTEIN
275 Battery Street, 29th Floor
San Francisco, CA  94111-3339
Telephone: (415) 956-1000
Facsimile: (415) 956-1008

LYNN A. ELLENBERGER (pro hac vice motion pending)
lynn@feganscott.com
FEGAN SCOTT, LLC
500 Grant St., Suite 2900
Pittsburgh, PA 15219
Telephone: (412) 346-4104
Facsimile: (412) 785-2400

---

[1] Defendant Rembao also filed a motion to dismiss, arguing that Plaintiffs' claims were time-barred and inadequately pleaded.  Doc. 58.  The Court denied his motion to dismiss. Doc. 72.

ANNIKA K. MARTIN (*pro hac vice* motion pending)
akmartin@lchb.com
RHEA GHOSH (*pro hac vice* motion pending)
rghosh@lchb.com
LIEFF CABRASER HEIMANN & BERNSTEIN
250 Hudson Street, 8th Floor
New York, NY 10013
Telephone: (212) 355-9500
Facsimile: (212) 355-9592

*Attorneys for Plaintiffs and the Proposed Class*

## **CERTIFICATE OF SERVICE**

I certify that on September 29, 2020 a copy of the foregoing Statement of Position was mailed, by first-class U.S. Mail, postage prepaid and properly addressed to the following:

Carolyn H. Luedtke
Ariel Tal Teshuva
Glenn Douglas Pomerantz
Terra Dawn Castillo Laughton
Munger, Tolles & Olson LLP
560 Mission Street
27th Floor
San Francisco, CA 94105

Lauren M. Harding
Hailyn Jennifer Chang
Munger, Tolles & Olson LLP
350 S. Grand Avenue
50th Floor
Los Angeles, CA 90071-3426

*/s/ Lynn A. Ellenberger*
LYNN A. ELLENBERGER