UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| ERIN ALDRICH, LONDA BEVINS, JESSICA JOHNSON, and BEATA CORCORAN, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>NATIONAL COLLEGIATE ATHLETIC ASSOCIATION, THE BOARD OF GOVERNERS OF THE NATIONAL COLLEGIATE ATHLETIC ASSOCIATION, and JOHN REMBAO,<br><br>Defendants. | No. 1:20-cv-02310-JRS-MPB |

**PLAINTIFFS' AMENDED STATEMENT OF POSITION**

Pursuant to Local Rule 16-2 of the United States District Court for the Southern District of Indiana, Plaintiffs submit this Amended Statement of Position as to the above-referenced action, amending the Statement of Position they filed on September 29, 2020 (Doc. #97).

On March 11, 2020, Plaintiffs filed a class action Complaint for damages and injunctive relief in the United States District Court for the Northern District of California against, *inter alia*, Defendants National Collegiate Athletic Association and the Board of Governors of the National Collegiate Athletic Association, for claims arising from Defendants' failure to protect student-athletes from sexual abuse and harassment by predatory coaches. *See.* 5:20-cv-01733-EJD (N.D. Cal.). They also brought claims against Defendant John Rembao for sexually abusing three Plaintiffs Ms. Aldrich, Ms. Bevins, and Ms. Johnson for years while they were student-athletes, and sought to hold the NCAA responsible for Rembao's misconduct under the doctrine of *respondeat superior*. *Id.* Plaintiffs amended their Complaint on July 13, 2020, to add another plaintiff, Beata Corcoran, a current NCAA student-athlete. Doc. 54.

On July 27, 2020, Defendants NCAA and the Board of Governors filed a motion to dismiss, seeking, *inter alia*, to dismiss this case for lack of personal jurisdiction or, in the alternative, transfer it to the Southern District of Indiana. Doc. 57. On September 8, 2020, the Honorable Edward J. Davila transferred all claims against the NCAA and its Board to this Court.[1] Docs. 72, 76.

Plaintiffs and Defendants have conferred and agree to the following amended schedule for Plaintiffs to file an amended complaint, and a motion to dismiss/strike briefing schedule:

**October 13, 2020:** Plaintiffs file Amended Complaint.

**November 13, 2020:** Defendants' Motion to Dismiss/Strike Due.

**December 11, 2020:** Plaintiffs' Opposition to Defendants' Motion to Dismiss/Strike Due.

**January 8, 2020:** Defendants' Reply in Support of Motion to Dismiss/Strike Due.

Additionally, Plaintiffs intend to respond to Defendants' request, made in their Position Statement (Doc. #98) at 5-6, that the Court vacate the deadline set by Local Rule 16-1(c)(1) and stay all discovery in this case until this Court adjudicates the Defendants' anticipated motion to dismiss/strike. Plaintiffs intend to file their opposition to that request on or by October 13, 2020 (*i.e.* 14 days after service pursuant to Local Rule 7-1(c)(3)(A)).

Dated: October 6, 2020   Respectfully submitted,

/s/ Elizabeth A. Fegan
ELIZABETH A. FEGAN (admitted *pro hac vice)*
beth@feganscott.com
FEGAN SCOTT, LLC
150 S. Wacker Dr., 24th Floor
Chicago, IL 60606
Telephone: (312) 741-1019
Facsimile: (312) 264-0100

JONATHAN D. SELBIN (admitted *pro hac vice*)
jdselbin@lchb.com
ANNIKA K. MARTIN (admitted *pro hac vice*)
akmartin@lchb.com
RHEA GHOSH (admitted *pro hac vice*)

---

[1] Defendant Rembao also filed a motion to dismiss, arguing that Plaintiffs' claims were time-barred and inadequately pleaded. Doc. 58. Judge Davila denied his motion to dismiss. Doc. 72.

rghosh@lchb.com
LIEFF CABRASER HEIMANN & BERNSTEIN
250 Hudson Street, 8th Floor
New York, NY 10013
Telephone: (212) 355-9500
Facsimile: (212) 355-9592

LYNN A. ELLENBERGER (admitted *pro hac vice*)
lynn@feganscott.com
FEGAN SCOTT, LLC
500 Grant St., Suite 2900
Pittsburgh, PA 15219
Telephone: (412) 346-4104
Facsimile: (412) 785-2400

Lynn A. Toops, No. 26386-49
ltoops@cohenandmalad.com
COHEN & MALAD, LLP
One Indiana Square, Suite 1400
Indianapolis, IN 46204
Telephone: (317) 636-6481
Facsimile: (317) 636-2593

*Attorneys for Plaintiffs and the Proposed Class*

## CERTIFICATE OF SERVICE

  I certify that on October 6, 2020, a copy of the foregoing Amended Statement of Position was filed by CM/ECF and served on all counsel of record through the CM/ECF system.

                */s/ Lynn A. Ellenberger*
                LYNN A. ELLENBERGER