UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| ERIN ALDRICH, LONDA BEVINS, JESSICA JOHNSON, AND BEATA CORCORAN, individually and on behalf of all others similarly situated,<br><br>   Plaintiffs,<br><br> vs.<br><br>NATIONAL COLLEGIATE ATHLETIC ASSOCIATION, THE BOARD OF GOVERNORS OF THE NATIONAL COLLEGIATE ATHLETIC ASSOCIATION, and JOHN REMBAO,<br><br>   Defendants. | Case No. 1:20-cv-02310-JRS-MPB<br><br>Judge: Hon. James R. Sweeney II |

### MOTION TO POSTPONE SCHEDULING CONFERENCE, HOLD L.R. 16-1(C)(1) IN ABEYANCE, AND/OR STAY DISCOVERY

   Defendants the National Collegiate Athletic Association ("the NCAA") and its Board of Governors ("the Board") (collectively "Defendants"), by counsel, respectfully move this Honorable Court to wait on setting a scheduling conference in this case, hold Local Rule 16-1(c)(1) in abeyance, and/or otherwise stay discovery until Defendants' anticipated motion to dismiss is adjudicated. Under the parties' proposed schedule, briefing on the anticipated motion to dismiss will be completed on January 8, 2021. Defendants have contemporaneously filed a supporting Brief explaining the reasons this motion should be granted.

DATED: October 12, 2020                    FAEGRE DRINKER BIDDLE & REATH LLP


By:      */s/ Andrea Roberts Pierson*
     ANDREA ROBERTS PIERSON
     NICHOLAS B. ALFORD
     FAEGRE DRINKER BIDDLE & REATH LLP
     300 N. Meridian Street, Suite 2500
     Indianapolis, Indiana  46204
     Telephone:    (317) 237-1424
     Facsimile:    (317) 237-1000
     Email:   andrea.pierson@faegredrinker.com
          nicholas.alford@faegredrinker.com

     CAROLYN HOECKER LUEDTKE
     (*pro hac vice*)
     TERRA CASTILLO LAUGHTON
     (*pro hac vice*)
     MUNGER, TOLLES & OLSON LLP
     560 Mission Street, Twenty-Seventh Floor
     San Francisco, California 94105-3089
     Telephone:    (415) 512-4000
     Facsimile:    (415) 512-4077
     Email:   Carolyn.Luedtke@mto.com
          Terra.Laughton@mto.com

     GLENN D. POMERANTZ
     (*pro hac vice*)
     HAILYN J. CHEN
     (*pro hac vice*)
     LAUREN M. HARDING
     (*pro hac vice*)
     MUNGER, TOLLES & OLSON LLP
     350 South Grand Avenue, Fiftieth Floor
     Los Angeles, California 90071-3426
     Telephone:    (213) 683-9100
     Facsimile:    (213) 687-3702
     Email:   Glenn.Pomerantz@mto.com
          Hailyn.Chen@mto.com
          Lauren.Harding@mto.com

*Attorneys for Defendants The National Collegiate Athletic Association and The Board of Governors of the National Collegiate Athletic Association*

-3-

## CERTIFICATE OF SERVICE

      I hereby certify that on October 12, 2020, a copy of the foregoing was filed electronically with the Clerk of the Court using the Court's CM/ECF system. Parties may access this filing through the Court's system.

                      */s/ Andrea Roberts Pierson*