UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| ERIN ALDRICH, LONDA BEVINS, JESSICA JOHNSON, AND BEATA CORCORAN, individually and on behalf of all others similarly situated,<br><br>　　　　Plaintiffs,<br><br>　vs.<br><br>NATIONAL COLLEGIATE ATHLETIC ASSOCIATION, THE BOARD OF GOVERNORS OF THE NATIONAL COLLEGIATE ATHLETIC ASSOCIATION, and JOHN REMBAO,<br><br>　　　　Defendants. | Case No. 1:20-cv-02310-JRS-MPB<br><br><br>Judge:　Hon. James R. Sweeney II |

**DEFENDANTS' UNOPPOSED MOTION
TO WITHDRAW DOCKET NOS. 112 AND 113**

　　　　Defendants the National Collegiate Athletic Association ("the NCAA") and its Board of Governors ("the Board") (collectively "Defendants") respectfully move this Honorable Court to withdraw the documents filed at docket numbers 112 and 113.  In support thereof, Defendants state as follows:

　　　　1.　　When attempting to file Defendants' Motion to Postpone Scheduling Conference, Hold L.R. 16-1(c)(1) in Abeyance, and/or Stay Discovery along with Defendants' supporting brief, Defendants mistakenly filed two copies of the supporting brief at docket numbers 112 and 113, and failed to file a copy of the motion.

　　　　2.　　Defendants thereafter correctly filed Defendants' Motion to Postpone Scheduling Conference, Hold L.R. 16-1(c)(1) in Abeyance, and/or Stay Discovery at docket number 114 along with the supporting brief at docket number 115.

3. As a result, the documents filed at docket numbers 112 and 113 are duplicative and should be withdrawn.

4. Withdrawing these documents will have no impact on Plaintiffs' responsive deadline and will not prejudice Plaintiffs.

5. Defendants have conferred with Plaintiffs' counsel and they do not oppose this motion.

WHEREFORE, Defendants respectfully request that this Court withdraw the documents filed at docket numbers 112 and 113.

DATED:  October 13, 2020 FAEGRE DRINKER BIDDLE & REATH LLP

By:    */s/ Andrea Roberts Pierson*
ANDREA ROBERTS PIERSON
NICHOLAS B. ALFORD
FAEGRE DRINKER BIDDLE & REATH LLP
300 N. Meridian Street, Suite 2500
Indianapolis, IN 46204
Tel:  (317) 237-1424
Fax:  (317) 237-1000
Email:  andrea.pierson@faegredrinker.com
        nicholas.alford@faegredrinker.com

CAROLYN HOECKER LUEDTKE
(*pro hac vice*)
TERRA CASTILLO LAUGHTON
(*pro hac vice*)
MUNGER, TOLLES & OLSON LLP
560 Mission Street, Twenty-Seventh Floor
San Francisco, California 94105-3089
Tel:  (415) 512-4000
Fax:  (415) 512-4077
Email:  Carolyn.Luedtke@mto.com
        Terra.Laughton@mto.com

GLENN D. POMERANTZ
(*pro hac vice*)
HAILYN J. CHEN
(*pro hac vice*)
LAUREN M. HARDING
(*pro hac vice*)
MUNGER, TOLLES & OLSON LLP
350 South Grand Avenue, Fiftieth Floor
Los Angeles, California 90071-3426
Tel:  (213) 683-9100
Fax:  (213) 687-3702
Email:  Glenn.Pomerantz@mto.com
        Hailyn.Chen@mto.com
        Lauren.Harding@mto.com

*Attorneys for Defendants The National Collegiate Athletic Association and The Board of Governors of the National Collegiate Athletic Association*

## CERTIFICATE OF SERVICE

I hereby certify that on October 13, 2020 the foregoing was filed electronically with the Clerk of the Court using the Court's CM/ECF system. Parties may access this filing through the Court's system.

/s/Andrea R. Pierson