UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| ERIN ALDRICH, LONDA BEVINS, JESSICA JOHNSON, AND BEATA CORCORAN, individually and on behalf of all others similarly situated,<br><br>    Plaintiffs,<br><br>    vs.<br><br>NATIONAL COLLEGIATE ATHLETIC ASSOCIATION, THE BOARD OF GOVERNORS OF THE NATIONAL COLLEGIATE ATHLETIC ASSOCIATION, and JOHN REMBAO,<br><br>    Defendants. | Case No. 1:20-cv-02310-JRS-MPB<br><br>Judge:   Hon. James R. Sweeney II |

**ORDER GRANTING DEFENDANTS' UNOPPOSED
MOTION TO WITHDRAW DOCKET NOS. 112 AND 113**

The Court, having considered Defendants' Unopposed Motion to Withdraw Docket Nos. 112 and 113, and being duly advised, now finds that the Motion should be granted.

IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED that Defendants' Unopposed Motion to Withdraw Docket Nos. 112 and 113 is hereby granted and the documents filed at docket numbers 112 and 113 are deemed withdrawn as of October 13, 2020.

Dated: _____

_____
The Honorable James R. Sweeney II
United States District Court for the
Southern District of Indiana

Distribution:
All registered counsel by CM/ECF