UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| ERIN ALDRICH, LONDA BEVINS, JESSICA JOHNSON, AND BEATA CORCORAN, individually and on behalf of all others similarly situated,<br><br>        Plaintiffs,<br><br>   vs.<br><br>NATIONAL COLLEGIATE ATHLETIC ASSOCIATION, THE BOARD OF GOVERNORS OF THE NATIONAL COLLEGIATE ATHLETIC ASSOCIATION, and JOHN REMBAO,<br><br>        Defendants. | Case No. 1:20-cv-02310-JRS-MPB<br><br>Judge:   Hon. James R. Sweeney II |

**NOTICE OF AGREED EXTENSION OF TIME
AND JOINT REQUEST FOR BRIEFING SCHEDULE**

Plaintiffs Erin Aldrich, Londa Bevins, Jessica Johnson, and Beata Corcoran ("Plaintiffs"), the National Collegiate Athletic Association, and the Board of Governors of the National Collegiate Athletic Association ("Defendants") (collectively, "the parties"), by counsel, respectfully notify the Court of an agreed automatic initial extension of time to file a motion, answer, or other pleading in response to Plaintiffs' Second Amended Complaint ("SAC"). The parties have also agreed to a proposed schedule for the remainder of the briefing, for which they respectfully request the Court's approval. In support, the parties state:

   1.   On September 29, 2020, Plaintiffs and Defendants each filed a Statement of Position. (ECF Nos. 97 & 98).

   2.   Both Plaintiffs' and Defendants' Statements of Position included the following proposed schedule agreed upon by the parties: (1) Plaintiffs will file a SAC on October 6, 2020; (2) the NCAA and the Board will file a motion to dismiss and/or strike the SAC on November 6,

2020; (3) Plaintiffs will file an opposition on December 4, 2020; and (4) the NCAA and the Board will file a reply on December 18, 2020.

3. On October 6, 2020, Plaintiffs filed an Amended Statement of Position. (ECF No. 111).

4. Plaintiffs' Amended Statement of Position included a revised proposed briefing schedule agreed upon by the parties, as follows: (1) Plaintiffs will file a SAC on October 13, 2020; (2) the NCAA and the Board will file a motion to dismiss and/or strike the SAC on November 13, 2020; (3) Plaintiffs will file an opposition on December 11, 2020; and (4) the NCAA and the Board will file a reply on January 8, 2021.[1]

5. On October 13, 2020, Plaintiffs filed a Second Amended Complaint and served it on Defendants via CM/ECF. (ECF No. 116).

6. Defendants' motion, answer, or other pleading in response to Plaintiffs' Second Amended Complaint is currently due October 27, 2020, pursuant to Federal Rule of Civil Procedure 15(a)(3). That deadline has not expired.

7. The deadline for Defendants to file a motion, answer, or other pleading in response to Plaintiffs' Second Amended Complaint has not previously been extended. A case management plan has not been entered in this case, nor does the case have any scheduled hearings or other case deadlines with which an initial extension would interfere.

8. The extension for Defendants' motion, answer, or other pleading in response to Plaintiffs' Second Amended Complaint is for 17 days, extending Defendants' deadline to November 13, 2020.

9. Defendants' counsel has contacted Plaintiffs' counsel, and Plaintiffs' counsel has confirmed that Plaintiffs do not object to this extension. This Notice of Agreed Extension of

---

[1] Plaintiffs' Amended Statement of Position (ECF No. 111) contained a typographical error listing the proposed deadline for Defendants' reply as January 8, 2020.

Time and Joint Request for Briefing Schedule is jointly submitted on behalf of Plaintiffs and Defendants.

      WHEREFORE, the parties respectfully submit this Local Rule 6-1 notice to extend Defendants' deadline to file a motion, answer, or other pleading in response to Plaintiffs' Second Amended Complaint to and including November 13, 2020;

      WHEREFORE, the parties respectfully request that the Court approve the following agreed-upon briefing schedule, as set forth in Plaintiffs' Amended Statement of Position (ECF No. 111):

      **November 13, 2020:** Defendants' Motion to Dismiss/Strike Due.

      **December 11, 2020:** Plaintiffs' Opposition to Defendants' Motion to Dismiss/Strike Due.

      **January 8, 2021:** Defendants' Reply in Support of Motion to Dismiss/Strike Due.

DATED:  October 21, 2020                    FAEGRE DRINKER BIDDLE & REATH LLP


By:     */s/ Andrea Roberts Pierson*
ANDREA ROBERTS PIERSON
NICHOLAS B. ALFORD
FAEGRE DRINKER BIDDLE & REATH LLP
300 N. Meridian Street, Suite 2500
Indianapolis, Indiana  46204
Telephone:   (317) 237-1424
Facsimile:    (317) 237-1000
Email:   andrea.pierson@faegredrinker.com
            nicholas.alford@faegredrinker.com

CAROLYN HOECKER LUEDTKE
(*pro hac vice*)
TERRA CASTILLO LAUGHTON
(*pro hac vice*)
MUNGER, TOLLES & OLSON LLP
560 Mission Street, Twenty-Seventh Floor
San Francisco, California 94105-3089
Telephone:   (415) 512-4000
Facsimile:    (415) 512-4077
Email:   Carolyn.Luedtke@mto.com
            Terra.Laughton@mto.com

GLENN D. POMERANTZ
(*pro hac vice*)
HAILYN J. CHEN
(*pro hac vice*)
LAUREN M. HARDING
(*pro hac vice*)
MUNGER, TOLLES & OLSON LLP
350 South Grand Avenue, Fiftieth Floor
Los Angeles, California 90071-3426
Telephone:   (213) 683-9100
Facsimile:    (213) 687-3702
Email:   Glenn.Pomerantz@mto.com
            Hailyn.Chen@mto.com
            Lauren.Harding@mto.com

*Attorneys for Defendants The National Collegiate Athletic Association and The Board of Governors of the National Collegiate Athletic Association*

By:     */s/ Elizabeth A. Fegan*
ELIZABETH A. FEGAN (admitted pro hac vice)
FEGAN SCOTT, LLC
150 S. Wacker Dr., 24th Floor
Chicago, IL 60606
Telephone: (312) 741-1019
Facsimile: (312) 264-0100
Email: beth@feganscott.com

JONATHAN D. SELBIN (admitted pro hac vice)
ANNIKA K. MARTIN (admitted pro hac vice)
RHEA GHOSH (admitted pro hac vice)
LIEFF CABRASER HEIMANN & BERNSTEIN
250 Hudson Street, 8th Floor
New York, NY 10013
Telephone: (212) 355-9500
Facsimile: (212) 355-9592
Email: jdselbin@lchb.com
       akmartin@lchb.com
       rghosh@lchb.com

LYNN A. ELLENBERGER (admitted pro hac vice)
FEGAN SCOTT, LLC
500 Grant St., Suite 2900
Pittsburgh, PA 15219
Telephone: (412) 346-4104
Facsimile: (412) 785-2400
Email: lynn@feganscott.com

Lynn A. Toops, No. 26386-49
COHEN & MALAD, LLP
One Indiana Square, Suite 1400
Indianapolis, IN 46204
Telephone: (317) 636-6481
Facsimile: (317) 636-2593
Email: ltoops@cohenandmalad.com

*Attorneys for Plaintiffs and the Proposed Class*