UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| ERIN ALDRICH, LONDA BEVINS, JESSICA JOHNSON, AND BEATA CORCORAN, individually and on behalf of all others similarly situated, | |
| Plaintiffs, | |
| vs. | Case No. 1:20-cv-02310-JRS-MPB |
| NATIONAL COLLEGIATE ATHLETIC ASSOCIATION, THE BOARD OF GOVERNORS OF THE NATIONAL COLLEGIATE ATHLETIC ASSOCIATION, and JOHN REMBAO, | Judge:    Hon. James R. Sweeney II |
| Defendants. | |

## ORDER GRANTING JOINT REQUEST FOR BRIEFING SCHEDULE

The Court, having considered the parties' Notice of Agreed Extension of Time and Joint Request for Briefing Schedule, and being duly advised, now finds that the Request should be granted.

IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED that the parties' Notice of Agreed Extension of Time and Joint Request for Briefing Schedule is hereby granted and the briefing schedule for Defendants' Motion to Dismiss/Strike Plaintiffs' Second Amended Complaint will be as follows:

**November 13, 2020:** Defendants' Motion to Dismiss/Strike Due.

**December 11, 2020:** Plaintiffs' Opposition to Defendants' Motion to Dismiss/Strike Due.

**January 8, 2021:** Defendants' Reply in Support of Motion to Dismiss/Strike Due.

Dated: _____

_____
The Honorable James R. Sweeney II
United States District Court for the
Southern District of Indiana

Distribution:
All registered counsel by CM/ECF