UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| ERIN ALDRICH individually and on behalf of all others similarly situated, et al.<br><br>Plaintiffs,<br><br>v.<br><br>NATIONAL COLLEGIATE ATHLETIC ASSOCIATION, et al.<br><br>Defendants. | No. 1:20-cv-02310-JRS-MPB |

## SCHEDULING ORDER

The above case is hereby assigned for a **TELEPHONIC STATUS CONFERENCE** on **November 24, 2020** at 11:00 a.m., Indianapolis time (Eastern), before the Honorable Matthew P. Brookman, United States Magistrate Judge. **The information needed by counsel to participate in this telephonic conference will be provided by a separate notification.** The requirement to file a Case Management Plan pursuant to Local Rule 16-1(c) is hereby **STAYED** until further order from the court.

**SO ORDERED.**

**Dated:** November 10, 2020

Matthew P. Brookman
United States Magistrate Judge
Southern District of Indiana

**Served electronically on all ECF-registered counsel of record.**