UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| ERIN ALDRICH, LONDA BEVINS, JESSICA JOHNSON, AND BEATA CORCORAN, individually and on behalf of all others similarly situated,<br><br>  Plaintiffs,<br><br>vs.<br><br>NATIONAL COLLEGIATE ATHLETIC ASSOCIATION and THE BOARD OF GOVERNORS OF THE NATIONAL COLLEGIATE ATHLETIC ASSOCIATION,<br><br>  Defendants. | Case No. 1:20-cv-02310-JRS-MPB<br><br>Judge:   Hon. James R. Sweeney II |

### DEFENDANTS NATIONAL COLLEGIATE ATHLETIC ASSOCIATION AND ITS BOARD OF GOVERNOR'S MOTION TO DISMISS AND/OR STRIKE SECOND AMENDED COMPLAINT

Defendants the National Collegiate Athletic Association ("NCAA") and its Board of Governors (collectively, "Defendants") respectfully move the Court to dismiss the claims in the Second Amended Complaint ("SAC"). In support of this Motion, Defendants file contemporaneously herewith their Memorandum in Support of their Motion to Dismiss and/or Strike Second Amended Complaint together with the Declaration of Carolyn Hoecker Luedtke in Support of Defendants' Motion to Dismiss and/or Strike Second Amended Complaint and its accompanying exhibit (excerpts to the NCAA 2020-21 Manual), attached hereto as Exhibit A. This Motion is further supported by all pleadings and papers on file in this matter, and upon any other evidence and argument that may be presented to the Court on this Motion.

WHEREFORE, the NCAA and its Board of Governors respectfully request that the Court grant this Motion and dismiss the claims in the SAC.

DATED:  November 13, 2020		FAEGRE DRINKER BIDDLE & REATH LLP


By: <u>　Andrea Roberts Pierson　　　　　</u>
ANDREA ROBERTS PIERSON
NICHOLAS B. ALFORD
FAEGRE DRINKER BIDDLE & REATH LLP
300 N. Meridian Street, Suite 2500
Indianapolis, Indiana  46204
Telephone:	(317) 237-1424
Facsimile:	(317) 237-1000
Email:	andrea.pierson@faegredrinker.com
	nicholas.alford@faegredrinker.com

CAROLYN HOECKER LUEDTKE
(*pro hac vice*)
TERRA CASTILLO LAUGHTON
(*pro hac vice*)
MUNGER, TOLLES & OLSON LLP
560 Mission Street, Twenty-Seventh Floor
San Francisco, California 94105-3089
Telephone:	(415) 512-4000
Facsimile:	(415) 512-4077
Email:	Carolyn.Luedtke@mto.com
	Terra.Laughton@mto.com

GLENN D. POMERANTZ
(*pro hac vice*)
HAILYN J. CHEN
(*pro hac vice*)
LAUREN M. HARDING
(*pro hac vice*)
MUNGER, TOLLES & OLSON LLP
350 South Grand Avenue, Fiftieth Floor
Los Angeles, California 90071-3426
Telephone:	(213) 683-9100
Facsimile:	(213) 687-3702
Email:	Glenn.Pomerantz@mto.com
	Hailyn.Chen@mto.com
	Lauren.Harding@mto.com

*Attorneys for Defendants The National Collegiate Athletic Association and The Board of Governors of the National Collegiate Athletic Association*

## **CERTIFICATE OF SERVICE**

I hereby certify that on November 13, 2020, a copy of the foregoing was filed electronically with the Clerk of the Court using the Court's CM/ECF system. Parties may access this filing through the Court's system.

DATED:  November 13, 2020           FAEGRE DRINKER BIDDLE & REATH LLP


By:   *Andrea Roberts Pierson*
      ANDREA ROBERTS PIERSON
      NICHOLAS B. ALFORD
      FAEGRE DRINKER BIDDLE & REATH LLP
      300 N. Meridian Street, Suite 2500
      Indianapolis, Indiana  46204
      Telephone:     (317) 237-1424
      Facsimile:     (317) 237-1000
      Email:   andrea.pierson@faegredrinker.com
               nicholas.alford@faegredrinker.com