UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| ERIN ALDRICH, et al. ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | No. 1:20-cv-02310-JRS-MPB |
| ) | |
| NATIONAL COLLEGIATE ATHLETIC ) | |
| ASSOCIATION, et al. ) | |
| ) | |
| Defendants. ) | |

**MAGISTRATE JUDGE'S ORDER ON
TELEPHONIC STATUS CONFERENCE**

This matter came before the Honorable Matthew P. Brookman, United States Magistrate Judge, by telephone, at 11:00 a.m., Indianapolis time (EST), on November 24, 2020, for a conference under Rule 16, Federal Rules of Civil Procedure. Parties were represented by counsel.

Thereafter, the following **ORDERS** are entered:

1. Defendants' Motion to Postpone Scheduling Conference, Hold L.R. 16-1(C)(1) in Abeyance, and/or Stay Discovery (Docket No. 114) is **GRANTED**.

2. The parties shall file their Fed. R. Civ. P. 26 initial disclosures on or before **February 26, 2021**.

3. Defendants' MOTION Agreed Extension of Time and Joint Request for Briefing Schedule (Docket No. 119) is **GRANTED**.

4. A **TELEPHONIC STATUS CONFERENCE** is set for **APRIL 23, 2021** at 10:00 a.m., Indianapolis time (EST), before the Honorable Matthew P. Brookman, United States Magistrate Judge. **The information needed by counsel to participate in this**

1

**telephonic conference will be provided by a separate notification.**

This order has been formulated after a conference at which the respective parties have appeared. Any party shall file any corrections or additions within fourteen (14) days after receipt of this order.

**SO ORDERED.**

Dated:   November 25, 2020

_____
Matthew P. Brookman
United States Magistrate Judge
Southern District of Indiana

**Served electronically on all ECF-registered counsel of record.**