UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| ERIN ALDRICH,<br>LONDA BEVINS,<br>JESSICA JOHNSON,<br>BEATA CORCORAN,<br><br>Plaintiffs,<br><br>v.<br><br>NATIONAL COLLEGIATE ATHLETIC ASSOCIATION,<br>BOARD OF GOVERNORS OF THE NATIONAL COLLEGIATE ATHLETIC ASSOCIATION,<br><br>Defendants. | No. 1:20-cv-02310-JRS-MG |

**JUDGMENT**

Pursuant to the order also issued this day, all claims by Plaintiffs are **dismissed.** Ms. Aldrich, Ms. Bevins, and Ms. Johnson's claims are **dismissed with prejudice** for failure to state a claim, and Ms. Corcoran's claims are **dismissed without prejudice** for lack of standing. It is ordered and adjudged that Plaintiffs shall take nothing by way of his complaint against Defendants. This is a **final judgment** under Federal Rule of Civil Procedure 58.

Date: 9/30/2021

Roger A.G. Sharpe, Clerk

BY: _____
Deputy Clerk, U.S. District Court

_____
JAMES R. SWEENEY II, JUDGE
United States District Court
Southern District of Indiana

Distribution by CM/ECF to registered counsel of record: